# UNITED STATES DISTRICT COURT

### for the

Western District of North Carolina ▾

Charlotte Division

FILED
CHARLOTTE, NC

AUG 1 6 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

Alton Sharan Sapp

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3:22-cv-412-KDB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Charlotte-Mecklenburg Police Department,
City of Charlotte

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:22-cv-00412-KDB-DSC    Document 1    Filed 08/16/22    Page 1 of 6

## I.        The Parties to This Complaint

### A.        The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Alton Sharan Sapp |
| Address | 7801 Waterford Lakes Drive |

| | | |
|---|---|---|
| Charlotte | NC | 28210 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mecklenburg |
| Telephone Number | 4046954395 |
| E-Mail Address | sapp.alton719@gmail.com |

### B.        The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | M J Putnam |
| Job or Title *(if known)* | Police Officer with Charlotte-Mecklenburg Police Department |
| Address | 601 E Trade Street |

| | | |
|---|---|---|
| Charlotte | NC | 28202 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mecklenburg |
| Telephone Number | 704-336-7600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Johnny Jennings |
| Job or Title *(if known)* | Chief of Police |
| Address | 601 E Trade Street |

| | | |
|---|---|---|
| Charlotte | NC | |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mecklenburg |
| Telephone Number | 7063362406 |
| E-Mail Address *(if known)* | jjennings@cmpd.org |

☐ Individual capacity        ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | G Fischer |
| Job or Title *(if known)* | P5763 Police Officer for Charlotte-Mecklenburg Police Department |
| Address | 601 East Trade St |
| | Charlotte     NC     28210 |
| | *City*     *State*     *Zip Code* |
| County | Mecklenburg |
| Telephone Number | 704-336-7600 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | R Davis |
| Job or Title *(if known)* | P5764 Police Officer for Charlotte-Mecklenburg Police Department |
| Address | 601 East Trade St |
| | Charlotte     NC     28202 |
| | *City*     *State*     *Zip Code* |
| County | Mecklenburg |
| Telephone Number | 706-336-7600 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✔] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment, Fifth Amendment, and Fourteenth Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 3:22-cv-00412-KDB-DSC    Document 1    Filed 08/16/22    Page 3 of 6

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants ("CMPD")( all staff under the leadership of Chief Johnny Jennings, and more specifically Officers G Fischer, R Davis, MJ Putnam, and QL Blakeney-- are held liable due to the willful acts exhibited by depriving me of rights secured by both U.S. Constitution, and state laws of N.C by failing to uphold the standard of "due process of law" which was their sworn duty to do. The act--which was to warrant an unlawful arrest--was beyond their lawful authority.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

1. The basis of all three (3) claims involve three occurrences that occurred in Mecklenburg County Arrest Processing Center at the Mecklenburg County Jail, Williams Buick GMC (8201 South Blvd), and CMC Mercy Hospital in Charlotte, NC. Witnesses: Officer G Fischer (Complainant), R Davis (Law Enforcement), MJ Putnam 004747 (Reporting Officer), QL Blakeney 003405 (Approving Officer) Magistrate Judge PA HJIGGS, Defense Attorney for Defendant: Falls Seagrave

B.      What date and approximate time did the events giving rise to your claim(s) occur?

-- 03/30/2021: Arrest made at the Williams Buick GMC car lot, and Statement given via BodyCam
--03/31/2021: The date magistrate orders were issued by magistrate judge
(per affidavit -- Magistrate Judge improperly approved order and it was executed).
-- 04/01/2021 at 9:00 am: Arraignment for charges in district court hearing, and "not guilty plea entered".
-- 08/03/2021: All charges dismissed in Superior Court

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fact 1: Application for magistrate orders were unlawfully submitted ,and approved for Felony arrest warrants by Magistrate Judge P. Moore for my arrest. Concerning the orders themselves, they were for 3 separate felony charges of Att. Breaking/Entering BLDG, Poss. of Burg Tools, Resist Public Officer. The basis of these magistrate orders were validated with only groundless opinions, and accusations sworn as facts before a magistrate judge; but yet, no evidence that lawfully or reasonably proved probable cause existed to charge me for the charges, and thus to obtain the orders issued. Fact 2: At arraignment set for these charges in district court, the plea of not guilty was entered; due to the charges being brought before the wrong judge in the wrong court. Fact 3: The three (3) charges were dismissed without leave. Concerning the facts known: 1. the inadmissibility of sworn stated opinions, and 2. laws governing the standards of "due process of law" in all jurisdictions in the state of NC-- as well, the charge(s) being subsequently dismissed without leave by the DA-- can be used to affirm that lawful or material evidence did not exist to warrant probable cause in the beginning--to support the arrest, nor magistrate order confirming the arrest. Arrest ID:1832219 / Case Numbers: 5902021209820,

5902021209821, 5902021209822

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to the brevity of these unlawful acts of a breach of duty/care to my well-being, I suffered:
- Emotional distress
- Loss of opportunity
- Mental anguish
- Inconvenience from being held without my consent-- against my will-- for a period of 2 days. Committed to Mecklenburg County Jail on 03/31/2021 and Released on 04/02/2021.

As well as suffered a Broken Clavicle which required me to be transported to CMC Mercy, where I had to wait for 4 hours just to receive x-rays of the injury.

Lastly, due to an extended period of scrutiny and stress, considering the underlying weight of being accused of committing crimes of such a violent, and extreme magnitude; and the uncertainty surrounding my incrimination and to my eventual exoneration--I have been robbed of a kind of "innocence" that I can never fully recover from. This miscarriage of justice caused both emotional, and psychological harm to my psyche that I still find my reasoning with to this day.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Relief Sought:
Actual Damages Requested: $500 million USD
The collective weight of the charges at question in these claims are assessed and affixed a monetary value based on their identity per NC state law (Felonies). North Carolina's treatment of these crimes (them being of a violent nature), greatly influences the factors used to calculate the total monetary value of these violations that should be considered, and contrasted with the risk value affixed and identified as the officers' willful act of committing these violations that are the subject of these three claims.
The risk taken by executing the three arrest, and subsequent magistrate orders--in terms of years (per NC Sentencing Structure) --was entirely too much time, considering the reality, and ramifications of the decisions made by the officers. For the sake of the claims' calculation to support the money damages sought, and the rationale or logic supporting the claims requested amount, clarification can be referenced in a visual representation specifically created, and named "Aggregated Opportunity/Risk Cost"-- to give a more precise understanding concerning the abnormality of the acts underlying the requested relief. The visual aid can be seen below:

*Values in denomination of Million.

I. Risk Value of Crimes

225 (Felony)

225 (Felony)

50 (Misdemeanor)
_____

500 (Risk Value of Crimes per their severity)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/19/2022

Signature of Plaintiff

Printed Name of Plaintiff    Alton Sharan Sapp

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address