# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Alton Sharan Sapp**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00412-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte-Mecklenburg Police Department | ) | |
| City of Charlotte | ) | |
| G. Fischer | ) | |
| MJ Putnam | ) | |
| R. Davis | ) | |
| Johnny Jennings**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2022 Order.

October 31, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court